In the Matter of the Application of EISENBERG FARMS, INC., for Certiorari, etc., against CHARLES H. BALDWIN, as Commissioner, etc.— Motion to vacate portions of stay granted, unless the petitioner files printed case on appeal, and submits' or argues during the current term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application for a Certiorari Order Directed to the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, by INTERNATIONAL RAILWAY COMPANY in the Matter of Its Application under Section 50-a of the Public Service Law for an Order Authorizing the Operation of Certain Bus or Motor Vehicle Lines upon Certain Streets, Highways and Public Places in the City of Buffalo, and Permitting and Approving the Exercise of Its Franchises and Rights under Consents of the Local Authorities of Said City to Such Operation.— Motion to intervene granted, upon condition that the case be disposed of at the present term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAURA WOOLLARD, Relator, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY E. HAMLIN, Relator, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA READ EVORY, Relator, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Respondents.— Motions to dismiss appeals granted, unless cases on appeal are filed, and matters submitted or argued during the current term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.